1008

No. 77–528. FEDERAL COMMUNICATIONS COMMISSION *v.* PACIFICA FOUNDATION ET AL. C. A. D. C. Cir. Certiorari granted.

No. 77–677. OWEN EQUIPMENT & ERECTION CO. *v.* KROGER, ADMINISTRATRIX. C. A. 8th Cir. Certiorari granted.

No. 77–693. WILL, U. S. DISTRICT JUDGE *v.* CALVERT FIRE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari granted.

No. 77–510. UNITED STATES *v.* NEW MEXICO. Sup. Ct. N. M. Motion of National Wildlife Federation et al. for leave to file a brief as *amici curiae* and certiorari granted.

No. 77–529. WISE, MAYOR OF DALLAS, ET AL. *v.* LIPSCOMB ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–598. GREYHOUND CORP. ET AL. *v.* MT. HOOD STAGES, INC., DBA PACIFIC TRAILWAYS. C. A. 9th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 76–1157. SOUTHWESTERN BELL TELEPHONE CO. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1375. ZINGER *v.* BLANCHETTE ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–1609. INDIANA *v.* SCOTTSDALE MALL. C. A. 7th Cir. Certiorari denied.